■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SIMMONS, Appellant. [774 NYS2d 695]—Judgment, Supreme Court, New York County (William Leibovitz, J.), rendered June 25, 2001, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

By failing to object, or by making a generalized objection, defendant did not preserve his present challenges to the prosecutor's summation (*see e.g. People v Harris*, 98 NY2d 452, 491 n 18 [2002]) and we decline to review them in the interest of justice. Were we to review these claims, we would find that the challenged remarks generally suggested reasonable inferences

from the evidence, and that the summation did not deprive defendant of a fair trial (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]). Concur—Tom, J.P., Saxe, Williams, Friedman and Marlow, JJ.